**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   7:20-cv-041 |
| | § | |
| 0.499 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO | § | |
| COUNTY, STATE OF TEXAS; AND | § | |
| IRMA GARZA, ET AL., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

**COMPLAINT IN CONDEMNATION**

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ N. Joseph Unruh*
**N. JOSEPH UNRUH**
Assistant United States Attorney
Southern District of Texas No. 1571957
Texas Bar No. 24075198
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Neil.Unruh@usdoj.gov

*Fee DT Complaint*

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-WSL-2015
Owner:  Irma Garza, et al.
Acres:  0.499

**BEING** a 0.499 of one acre (21,749 square feet) parcel of land, more or less, being out of the Narciso Cabazos Survey, Abstract No. 30, Hidalgo County, Texas, being out of Porción 71 and being out of a called 0.50 acre tract conveyed to Irma Garza by Warranty Deed recorded in Instrument No. 2009-1991911, Official Records of Hidalgo County, Texas, said 0.499 of one acre (21,749 square feet) parcel of land being more particularly described by metes and bounds as follows;

**COMMENCING** at a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-2012-4", said point having a coordinate value of N=16557061.600, E=1090193.886, said point being at the southeast corner of a tract of land conveyed to F.E. and J.A. Knapp Limited Partnership by Special Warranty Deed recorded in Volume 2832, Page 949, Deed Records of Hidalgo County, Texas ("River Farm, Tract A"), said tract being out of Lot 102 of San Juan Plantation recorded in Volume 3, Page 52, Map Records of Hidalgo County, Texas, said point being in the north right-of-way line of Old Military Road;

**THENCE** N 85°41'32" E, with the north right-of-way line of Old Military Road, a distance of 164.59 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-2015-1" for the **PLACE OF BEGINNING** and southwest corner of the herein described proposed acquisition tract, said point having a coordinate value of N=16557073.963, E=1090358.013, said point being in the north right-of-way line of Old Military Road, said point being at the southwest corner of the 0.50 acre tract, said point bears N 88°20'30" E, a distance of 2871.01 feet from United States Army Corps of Engineers Control Point No. 110, said control point being a mag naíl in the north end of the east concrete headwall at the intersection of "I" Road and the Hidalgo County Water Improvement District No. 2 canal lateral;

(1) **THENCE** N 08°40'52" E, (N 08°44'00" E, Record) departing the north right-of-way line of Old Military Road, with the west line of the 0.50 acre tract, a distance of 166.67 feet to a point for the northwest corner of the herein described proposed acquisition tract, said point being at the northwest corner of the 0.50 acre tract, the southeast corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 434, Page 384, Deed Records of Hidalgo County, Texas ("80-H") and the southwest corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 434, Page 383, Deed Records of Hidalgo County, Texas ("79-H");

(2) **THENCE** S 88°13'41" E, (S 88°06'00" E, Record) with the south line of the "79-H" levee right-of-way and the north line of the 0.50 acre tract, a distance of 138.24 feet to a point for the northeast corner of the herein described proposed acquisition tract, said point being at the southeast corner of the "79-H" levee right-of-way and the northeast corner of the 0.50 acre tract, said point being in the west line of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 442, Page 392, Deed Records of Hidalgo County, Texas ("78-H, Tract 3") and the west line of a tract of land conveyed to KVS Family Limited Partnership by Warranty Deed with Vendor's Lien recorded in Instrument No. 2002-1048589, Official Records of Hidalgo County, Texas ("Tract II"), said tract being out of Lot 103 of San Juan Plantation recorded in Volume 3, Page 52, Map Records of Hidalgo County, Texas, said point being in the approximate centerline of San Juan Road;

(3) **THENCE** S 08°40'08" W, (S 08°44'00" W, Record) with the east line of the 0.50 acre tract, the west line of the "78-H, Tract 3" levee right-of-way and the approximate centerline of San Juan Road, a distance of 150.26 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-2015-4" for the southeast corner of the herein described proposed acquisition tract, said point being in the north right-of-way line of Old Military Road, the west line of the "78-H, Tract 3" IBWC levee right-of-way and the approximate centerline of San Juan Road, said point being at the southeast corner of the 0.50 acre tract;

(4) **THENCE** S 85°09'00" W, (S 85°09'00" W, Record) departing the approximate centerline of San Juan Road, with the north right-of-way line of Old Military Road and the south line of the 0.50 acre tract, a distance of 141.18 feet to the **PLACE OF BEGINNING** containing 0.499 of one acre (21,749 square feet) of land, more or less.

Note: The bearings, distances, and coordinate values recited herein are based on the Texas State Plan Coordinate System, referenced to NAD83 (2011), TX South Zone (4205), US Survey Feet, using the CORS (2011) Adjustment. The distances and coordinates recited herein are grid values and may be converted to ground (surface) using the TxDOT county published combined scale factor of 1.000040000 (e.g. grid x 1.000040000 = surface).

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



LAND TO BE CONDEMNED

Tract: RGV-WSL-2015
Owner: Irma Garza, et al.
Acreage: 0.499

## SCHEDULE D (CONTINUED)



LAND TO BE CONDEMNED

Tract:  RGV-WSL-2015
Owner:  Irma Garza, et al.
Acreage:  0.499

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Hidalgo County, Texas

Tract: RGV-WSL-2015
Owner: Irma Garza, et al.
Acres: 0.499

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is NINETEEN THOUSAND FIVE HUNDRED DOLLARS AND NO/100 ($19,500.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Irma Garza**<br>▇▇▇▇▇▇▇<br>Pharr, Texas  78577 | Warranty Deed, Document #2009-1991911; Recorded April 23, 2009, Official Records of Hidalgo County<br><br>Warranty Deed, Document #2000-878246; Recorded June 6, 2000, Official Records of Hidalgo County<br><br>Quit-Claim Deed, Document #2012-2333442; Recorded August 9, 2012, Official Records of Hidalgo County<br><br>Quit-Claim Deed, Document #2012-2333441; Recorded August 9, 2012, Official Records of Hidalgo County<br><br>Quit-Claim Deed, Document #2012-2279791; Recorded February 10, 2012, Official Records of Hidalgo County<br><br>Quit-Claim Deed, document #2012-2279790; Recorded February 10, 2012 Official Records of Hidalgo County<br><br>Quit-Claim Deed, Document #1981-28284; Recorded August 19, 1981, Official Records of Hidalgo County |
| **The Unknown Heirs of Nancy Champion** | Warranty Deed, Document #1939-27652; Recorded July 3, 1939, Deed Records of Hidalgo County |

| | |
|---|---|
| **The Unknown Heirs of Pedro Garza, Sr.,** | Warranty Deed, Document #1954-1028; Recorded January 29, 1954, Deed Records of Hidalgo County |
| **Hidalgo County**<br>Pablo (Paul) Villarreal, Jr.<br>Tax Assessor-Collector<br>2804 S. Business Hwy. 281<br>Edinburg, TX  78539 | Property Taxes |
| **John Edward Serna**<br>████ ██ ██████████<br>Edinburg, TX  78542-4732 | |
| **David Simon Serna**<br>Address Unknown | |
| **Kathleen Serna**<br>████████████████<br>Houston, TX  77035-5302 | |
| **Maria Lennon**<br>██████████████████<br>Katy, TX  77494-5685 | |
| **Alma Franco**<br>████████████████<br>Katy, TX  77494-3159 | |
| **Martina Babine**<br>██████████████<br>Houston, TX  77042-2126 | |
| **Baltazar Garza**<br>██████ ████████████████<br>Katy, TX  77493-3631 | |
| **K. Daniella Garza**<br>██████████████████<br>Edinburg, TX  78542-3514 | |
| **Gabriel Garza**<br>████████████████<br>McAllen, TX  78503-8714 | |

**Maria Eliza Roman**
███████████████████
Alton, TX  78573

**Graciela De La Rosa**
██████████████
Indianapolis, IN  46222

**Gloria Torres**
Address Unknown

**Esmeralda Puente**
████████████████████
San Juan, TX   78589-3032

**Jose Luis Puente**
██████████████
Harlingen, TX   78552

**Debra Puente**
█████ ██████████
Harlingen, TX   78552

**David Puente**
████████████
Pharr, TX  78577

**Maria Gloria Nieto**
█████████████
Pharr, TX  78577

**Rogelio Garza**
Address Unknown

**Christina Garza**
██████████████████
Kerman, CA  93630

**Israel Garza, Jr.**
████████████████████.
Kerman, CA  93630

**Rosa Linda Garza aka Rosa Linda Fierro**
Address Unknown

**Eliberto Garza**
Address Unknown

**Oralia Garza**
Address Unknown

**Benjamin Fierro, Jr.**
Address Unknown

**Victoria Ann Garza**
Address Unknown

**Irma Garza**
Address Unknown

**Noelia Alanis**
Address Unknown

**Rogelio Alanis**
Address Unknown

**Alberto Alanis**
Address Unknown

**David Alanis**
Address Unknown

**Rosa Linda Alanis aka Rosa Linda Martinez**
Address Unknown

**Crispin Trevino, Jr.**
Address Unknown

**Guadalupe Trevino**
Address Unknown

**Federico Trevino**
Address Unknown

**Rene Trevino**
Address Unknown

**Alberto Trevino**
Address Unknown

**Roberto Trevino**
Address Unknown

**Yolanda Alvarado**
Address Unknown

**San Juanita Gomez**
Address Unknown

**Petra Rosales**
████████████
Edinburg, TX  78542

**Chita Villegas**
████████████
Kenedy, TX  78119-2501

**Nancy Villegas**
████████████████
Katy, TX  77449

**Connie Villegas**
████████████
San Jose, CA  95125

**Angelita Garza**
████████████████
San Ysidro, CA  92173

**Maria Villegas**
████████
San Martin, CA  95203

**Lupe Villegas**
████████████
Fallon, NV  89406

**Loreto Villegas**
███ ████
Goliad, TX  77963

**Richard Villegas**
███ ████
San Martin, CA  95203

**Catalino Villegas aka Catarina Villegas
aka Blu Tanori Villegas**
Address Unknown

**Luis Angel Quinones Garza**

████████████████████
Gillett, WI  54124-9600

**Marie Elena Garza Huntly**

███████
Corozal Town, Belize
Central America

**Eloisa Garza Prescott**

████████████████
Murray, KY  42071

**Jesus Gabriel Quinones Garza**

███████████  █████
Madison, WI  53716

**Jose Angel Quinones Garza**

████████████████
Idaho Falls, ID  83401

**Andres Garza**

███  ██████████████
Mishawaka, IN  46545

**Lydia Anita Garza Campbell**

████████████████
Flushing, MI  48433

**Manuel Garza, Jr.**

██████████████
Poartage, MI  49024

**Ramon Garza, Jr.**

████████████
c/o New Castle Correctional Institution
████████████████
New Castle, IN  47362

**Anthony Garza**
██████████████ ████
Martinsville, IN  46151

**Lydia Rodea**
████████████ ███████
Lansing, MI  48936-2317

**Gino Montes**
██████████████
McAllen, TX  78502

**John Villegas**
Address Unknown

**Theresa Villegas**
███████████████████
San Jose, CA  95122

**Raymond Nunez, Jr.**
Address Unknown

**Rebecca Coronado**
█████████████████
Karnes City, TX  78118

**Joanna Montes**
██████████████
Victoria, TX  77901

**Chelsea Gonzalez**
████████████
Stockdale, TX  78160

**Adrian Fernandez**
Address Unknown

**Christopher Villegas**
Address Unknown

**Anthony Garza**
██████████████  ███
Martinsville, IN  46151

**Lydia Rodea**
████████████  ███████
Lansing, MI  48936-2317

**Gino Montes**
███████████████
McAllen, TX  78502

**John Villegas**
Address Unknown

**Theresa Villegas**
███████████████████
San Jose, CA  95122

**Raymond Nunez, Jr.**
Address Unknown

**Rebecca Coronado**
███████████████████
Karnes City, TX  78118

**Joanna Montes**
███████████████
Victoria, TX  77901

**Chelsea Gonzalez**
███████████
Stockdale, TX  78160

**Adrian Fernandez**
Address Unknown

**Christopher Villegas**
Address Unknown

| | |
|---|---|
| **Rolando H. Martinez**<br>████████████<br>Houston, TX  77093<br><br>**Yolanda Gonzales**<br>████████████<br>Houston, TX  77040<br><br>**Juan Martinez, III**<br>████████████<br>Houston, TX  77093<br><br>**Adrian Martinez**<br>████████████<br>Houston, TX  77084<br><br>**Andrew Martinez**<br>████████████<br>Houston, TX  77084<br><br>**Laurie Gonzalez**<br>████████████<br>Beeville, TX  78102<br><br>**Miguel Puente**<br>Address Unknown | |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

## DEFENDANTS

**(b)**  County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
        Plaintiff

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 2   U.S. Government
        Defendant

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                        *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        Another District
        *(specify)*

☐ 6   Multidistrict
        Litigation -
        Transfer

☐ 8   Multidistrict
        Litigation -
        Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
_____

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:      ☐ Yes    ☐No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**   **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**   **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**   **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.