AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br><br> v. <br><br> 0.499 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND IRMA GARZA, ET. AL. <br><br> *Defendant(s)* | Civil Action No. 7:20-CV-00041 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Marina G. Rivera
5735 Avenal Ave. Apt #108
Oakland, CA  94605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  N. Joseph Unruh
1701 W Highway 83, Suite 600
McAllen, TX  78501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*David J. Bradley, Clerk of Court*

Date: May 13, 2020

*s/ Jennifer Nogueira*

*Signature of Clerk or Deputy Clerk*