United States District Court
Southern District of Texas
**ENTERED**
July 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-00041 |
| | § | |
| 0.499 ACRES OF LAND, MORE OR LESS, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S SECOND MOTION TO CORRECT SCHEDULE G DUE TO SCRIVENER'S ERROR

Now before the Court is Plaintiff United States of America's Second Motion to Correct Schedule G due to Scrivener's Error (Dkt. No. 110). No Defendant responded to this Motion within the time period prescribed by Local Rules 7.3 and 7.4. *See* Local Rules 7.3–7.4. Therefore, the Court considers the Motion unopposed by those defendants who have been served.[1] *See id.* Accordingly, it is hereby **ORDERED** that this Motion is **GRANTED**. It is further **ORDERED** that Defendant San Juanita Gomez's name, as identified on Amended Schedule G (Dkt. No. 102, Ex. 1) is corrected to: Juanita T. Gomez aka San Juanita Gomez. *See* Dkt. No. 110, Ex. 1.

SO ORDERED this 7th day of July, 2020, at McAllen, Texas.

*[signature: Randy Crane]*
Randy Crane
United States District Judge

---

[1] The Court notes that one defendant, Danny Olivarez, Jr., remains unserved. *See* Dkt. No. 111 (Plaintiff's Motion for Substituted Service regarding Defendant Danny Olivarez, Jr.). Should Defendant Danny Olivarez, Jr., raise an objection to the Court's granting of Plaintiff's Motion, the Court will address the objection when raised.