## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.    7:20-CV-041 |
| | § | |
| 0.499 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; AND IRMA GARZA, | § | |
| ET AL., | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned Assistant United States Attorney, Chanmealea Thou, on behalf of the United States of America, appears as co-counsel for the United States of America in this lawsuit, in addition to N. Joseph Unruh, the current attorney of record in this case.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ Chanmealea Thou*
**CHANMEALEA THOU**
Assistant United States Attorney
Southern District of Texas No. 3596627
California Bar No. 326469
11204 McPherson Road, Suite 100A
Laredo, Texas 78045
Telephone: (956) 721-4977
Facsimile: (956) 992-9425
E-mail: Chanmealea.Thou2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

      I, Chanmealea Thou, Assistant United States Attorney for the Southern District of Texas, hereby certify that on this 21st day of January 2021, a copy of the foregoing was served on all parties via regular mail in accordance with the Federal Rules of Civil Procedure.

By: <u>s/ Chanmealea Thou</u>
     CHANMEALEA THOU
     Assistant United States Attorney