IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | CRIMINAL ACTION |
| | § | |
| | § | |
| | § | |
| VS. | | |
| | § | 7:20-cv-041 |
| **0.499 ACRES OF LAND, MORE OR LESS, SITUATED IN HIDALGO COUNTY, STATE OF TEXAS, AND IRMA GARZA, GLORIA TORRES, ET. AL.** | | |
| **Defendants** | § | |
| **IRMA GARZA,** **Cross Plaintiff** | | |
| **Gloria Torres,** **Cross Defendant** | | |
| | § | |
| | § | |
| | § | |

**CROSS-DEFENDANT ORIGINAL ANSWER TO CROSS PLAINTIFF IRMA GARZA'S FIRST AMENDED CROSS CLAIM**

Now comes, GLORIA TORRES, a defendant/cross-defendant in the above styled and numbered cause, through her attorney, Robert Puente, and files this Original Answer to Cross-Defendant's First Amended Cross-Claim and in support thereof, would

show this Court as follows:

Response to Cross- Claimant's First Amended Cross-Complaint

1. Cross Defendant Torres has insufficient knowledge of the facts to either deny or admit the allegations of Paragraphs 4, 5, 7,8,9,10,11 (all), 15, 16, 17, 19, 20, 21, 22, 24, 26 of Cross-Defendant's First Amended Cross Claims against Defendants.

2. Cross Defendant Torres denies the allegations inasmuch as they conclusorily support the legal conclusions contained in Paragraphs 3,6, 12,13, 14, 23, 25.

Wherefore, Premises Considered, Cross- Defendant Torres prays for general relief and final judgment establishing her legal right and title to the property at issue and enters this Answer to Cross Defendant First Amended Cross Claim against Defendants.

May 7, 2021

Respectfully submitted,

**LAW OFFICE OF ROBERT PUENTE**
214 N. 16TH St., Suite 300
McAllen, Texas 78501
Tel: (956) 502-5258
Fax: (956) 685-1144
robpuente@msn.com

By:/S/Robert Puente_____
**ROBERT D. PUENTE**
State Bar No. 24013359
USDC No. 24238

**ATTORNEY FOR Defendant**

<u>CERTIFICATE OF SERVICE</u>

I, Robert Puente , certify that on the 7[h] day of May, 2021, a copy of the foregoing Cross Defendant Gloria Torres' Original Answer to Cross Plaintiff's First Amended Original Cross Claim was served by Notification of Electronic Filing upon  the office of Assistant United States Attorney at McAllen, Texas, and all parties electronically.

<u> s/ Robert Puente            </u>
Robert Puente